DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILL HARRISON CURRINGTON** a/k/a **BRENDA JILL CURRINGTON,**
and **JOAN HARRISON NOSS** a/k/a **MARGARET JOAN NOSS,**
Appellants,

v.

**ROGERS, MORRIS, AND ZIEGLER, LLP,**
a Florida limited liability company, **CAROLYN KALAGHER** f/k/a
**CAROLYN MAINES HARRISON,** as Trustee under the Benjamin F.
Harrison, Jr., Revocable Trust Agreement dated March 26, 1999,
**CAROLYN KALAGHER** f/k/a/ **CAROLYN MAINES HARRISON** a/k/a
**CAROLYN MAINES HARRISON,** individually, **BECKY YOUNG IRVINE**,
and **SCOTT YOUNG HARRISON,**
Appellees.

Nos. 4D2023-1178 & 4D2023-1675

[June 13, 2024]

Consolidated appeals from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case
No. CACE19-015251.

Brian W. Hoffman and Jack H. Pouchert of Carver, Darden, Koretzky,
Tessier, Finn, Blossman & Areaux, LLC, Pensacola, for appellants.

Romney C. Rogers of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for
appellee Rogers, Morris, and Ziegler, LLP.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***